# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 11, 2014

## NO. 03-13-00856-CV

**Dennis Hewitt, Appellant**

**v.**

**Austin Hi-Tech Restoration, Inc., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
## VACATED AND DISMISSED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on September 24, 2013. Having been informed of the parties' settlement agreement, and in accordance with the parties' request, the Court holds that the judgment should be vacated and the case dismissed. Therefore, the Court vacates the trial court's judgment and dismisses the case. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.